**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: N.B.-A., A MINOR | : No. 120 EAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: E.A., MOTHER | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

(1)    Did the Superior Court err by affirming the trial court's finding that Mother was a perpetrator of child abuse in the absence of clear and convincing evidence that she intentionally, knowingly, or recklessly caused or created a likelihood of sexual abuse through a recent act or failure to act?

(2)    Did the Superior Court commit an error of law by applying 23 Pa.C.S. § 6381(d) to find that DHS established a prima facie case that Mother was responsible for the abuse perpetrated against N.B.-A. where another individual had been identified as the direct perpetrator?

(3)    Did the Superior Court commit an abuse of discretion by finding that Mother failed to rebut the prima facie presumption that she was a perpetrator of child abuse pursuant to 23 Pa.C.S. § 6381(d)?